UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JACQUELINE BRENNER, on behalf of
herself and all others similarly situated,

                    Plaintiff,

        v.

J. C. PENNEY COMPANY, INC.,

                    Defendant.

Civil Action No. 13-cv-11212-RGS

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Jacqueline Brenner, on behalf of herself and all others similarly situated, hereby appeals to the United States Court of Appeals for the First Circuit, from the Opinion and Order of the Honorable Judge Richard G. Stearns which denied in part Plaintiff's motion for attorney's fees, entered in this action on the 26th day of December, 2013.

Dated: January 24, 2014                Respectfully submitted,

                                     */s/ D. Greg Blankinship*
                                     D. Greg Blankinship
                                     Attorney for Plaintiff Jacqueline Brenner
                                     MEISELMAN, PACKMAN, NEALON,
                                     SCIALABBA & BAKER P.C.
                                     1311 Mamaroneck Avenue
                                     White Plains, NY 10605
                                     Tel: (914) 517-5000
                                     Email:  gblankinship@mpnsb.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on January 24, 2014.

/s/ D. Greg Blankinship