# United States Court of Appeals
## For the First Circuit

_____

No. 14-1118

JACQUELINE BRENNER,
on behalf of herself and all others similarly situated

Plaintiff - Appellant

v.

J.C. PENNEY COMPANY, INC.

Defendant - Appellee

_____

**JUDGMENT**

Entered: April 16, 2014
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of the stipulation of the parties, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

    Mandate to issue forthwith.

                                  By the Court:

                                  /s/ Margaret Carter, Clerk


cc:
Douglas Blankinship
Eric Apjohn
Christopher Bates