# United States Court of Appeals
## For the First Circuit

No. 14-1118

JACQUELINE BRENNER, on behalf of herself and all others similarly situated

Plaintiff - Appellant

v.

J.C. PENNEY COMPANY, INC.

Defendant - Appellee

**MANDATE**

Entered: April 16, 2014

    In accordance with the judgment of April 16, 2014, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Eric M. Apjohn
Douglas Gregory Blankinship
Christopher Bates Parkerson